# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-1220**                          **September Term, 2022**

**TSA-SD 1542-21-01B,TSA-SD
1544-21-02B,TSA-SD
1582/84-21-01B, TSA-EA
1546-21-01B**

**Filed On:** April 11, 2023

Lucas Wall, et al.,

       Petitioners

   v.

Transportation Security Administration,

       Respondent

------------------------------

Consolidated with 21-1221, 21-1225, 21-1236,
21-1237, 21-1258

**BEFORE:**    Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins,
Katsas, Rao, Walker, Childs, and Pan, Circuit Judges; and
Sentelle, Senior Circuit Judge.

## O R D E R

Upon consideration of petitioners' joint petition for rehearing en banc in Case
Nos.  21-1220, 21-1221, 21-1225, 21-1237, and 21-1258, and the absence of a request
by any member of the court for a vote, it is

    **ORDERED** that the petition be denied.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
      Daniel J. Reidy
      Deputy Clerk